# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00356-CV

In re Bryan Stallworth

### Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Bryan Stallworth has filed a petition for writ of mandamus against his former attorney. We dismiss the petition because we have no mandamus jurisdiction over Stallworth's former attorney. *See* TEX. GOV'T CODE ANN. § 22.221.

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: October 14, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Dismissed
OT06

